IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDON MOUNT | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-5056 |
| JOSEPH L. GRISAFI, M.D., ET AL. | : | |

**O R D E R**

**AND NOW**, this  31st  day of August 2021, upon consideration of Plaintiff's Motion for Partial Summary Judgment on Defendants' counterclaim (ECF No. 13), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

 /s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**